*Law Office of*
***Francisco E. Celedonio, Esq.***
*401 Broadway, 25ᵗʰ Flr.*
*New York, New York 10013*

*(212) 219-7533*

*Fax (212) 219-4094*

April 19, 2006

**VIA FAX TRANSMISSION**
Honorable Allyne Ross
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Gladstone Blair*,
03 Cr. 1386 (ARR)

Dear Judge Ross:

I address the Court in connection with the sentence imposed by the Court on Mr. Gladstone Blair on April 12, 2006.

As part of the sentence, Your Honor included a 9-month period of home detention. I am informed by United States Probation officer Stephen Sanford that, unless the Court indicates otherwise, Probation will assume the Court is seeking to impose electronic monitoring ("EM") to monitor the home detention. I am further informed that if the Court did not intend to impose EM the most ready option is random telephonic monitoring; and that telephonic monitoring is less costly.

In the event Your Honor did not intend to impose EM, I respectfully request the Court expressly provide, in the Judgment of Conviction for telephonic or other means of monitoring compliance. Given Mr. Gladstone Blair's extensive period of pre-trial supervision without incident, I respectfully suggest EM is unnecessary and costly. After consulting with AUSA Michael Ramos, the government agrees with the request herein.

*[Handwritten annotation:]* In view of the government's agreement, the application is granted. So ordered. US DJ 4/19/06 cc: Counsel Probation Dept

*Respectfully Submitted,*

Francisco E. Celedonio, Esq.

*Law Office of*
*Francisco E. Celedonio, Esq.*
*401 Broadway, Suite 2510*
*New York, New York 10013*

*(212) 219-7533*

*Fax (212) 219-4094*

April 19, 2006

**FAX COVER SHEET**

FROM:   FRANCISCO E. CELEDONIO, ESQ.

TO:     Hon. Alynne Ross U.S.D.J.

FAX:    718-613-2380

RE:     *United States v. Gladsone Blair*

TOTAL NUMBER OF PAGES:


—Francisco E. Celedonio